**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES, IOWA DIVISION**

| | |
|---|---|
| In re: WATROUS, CHRISTOPHER M § Case No. 09-00083-LMJ7 | |
| WATROUS, STEPHANIE N § | |
| § | |
| Debtor(s)  STEVENS, STEPHANIE § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 12, 2009. The undersigned trustee was appointed on January 12, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        3,326.62

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2.74 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]      $ | 3,323.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 01/28/2010 and the deadline for filing governmental claims was 07/11/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $831.66. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $831.66, for a total compensation of $831.66.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $140.66, for total expenses of $140.66.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/31/2011          By: /s/THOMAS L. FLYNN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00083-LMJ7  
**Case Name:** WATROUS, CHRISTOPHER M  
　　　　　　　WATROUS, STEPHANIE N  
**Period Ending:** 05/31/11  

**Trustee:** (350180)　THOMAS L. FLYNN  
**Filed (f) or Converted (c):** 01/12/09 (f)  
**§341(a) Meeting Date:** 02/05/09  
**Claims Bar Date:** 01/28/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 229 E DIEHL AVE, DES MOINES, IA 50315-5227, Purc | 107,600.00 | 0.00 | DA | 0.00 | FA |
| 2 | US Bank Checking Acct #7276 | 1,884.00 | 1,884.00 | DA | 0.00 | FA |
| 3 | US Bank Savings Acct #3397 | 101.48 | 101.48 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 3,200.00 | 3,200.00 | DA | 0.00 | FA |
| 5 | Clothes | 400.00 | 400.00 | DA | 0.00 | FA |
| 6 | weddings bands | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | 2008 Federal Income Tax Refund | Unknown | 0.00 | | 3,322.00 | FA |
| 8 | 2008 State Income Tax Refund | Unknown | 0.00 | | 0.00 | 0.00 |
| 9 | 2008 Earned Income from Currie Express | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 2008 Earned Income from Davis Law Firm | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Ford Escape (30,000 miles) | 15,825.00 | 15,825.00 | DA | 0.00 | FA |
| 12 | 2007 Ford Mustang (9,000 miles) | 16,225.00 | 16,225.00 | DA | 0.00 | FA |
| 13 | 1992 Ford Econoline (280,000 miles) | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.62 | Unknown |
| 14 | **Assets** Totals (Excluding unknown values) | **$146,335.48** | **$38,735.48** | | **$3,326.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　TFR to be filed by 5/31/2011

**Initial Projected Date Of Final Report (TFR):**　February 5, 2010　　**Current Projected Date Of Final Report (TFR):**　May 31, 2011

Printed: 05/31/2011 11:54 AM　　V.12.56

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-00083-LMJ7  
**Case Name:** WATROUS, CHRISTOPHER M  
WATROUS, STEPHANIE N  
**Taxpayer ID #:** **-***5913  
**Period Ending:** 05/31/11  

**Trustee:** THOMAS L. FLYNN (350180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****50-65 - Money Market Account  
**Blanket Bond:** $20,548,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | {7} | Charles Duane Stevens | Non-exempt tax refunds | 1124-000 | 3,322.00 | | 3,322.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 3,322.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.23 | | 3,322.24 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.38 | | 3,322.62 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.39 | | 3,323.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.39 | | 3,323.40 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.36 | | 3,323.76 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.35 | | 3,324.11 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 0.42 | | 3,324.53 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400% | 1270-000 | 0.24 | | 3,324.77 |
| 04/20/10 | | Wire out to BNYM account 9200******5065 | Wire out to BNYM account 9200******5065 | 9999-000 | -3,324.77 | | 0.00 |

|  | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | -3,324.77 | 0.00 | |
| | | | **Subtotal** | | 3,324.77 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,324.77** | **$0.00** | |

{} Asset reference(s)

Printed: 05/31/2011 11:54 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-00083-LMJ7 | | **Trustee:** | THOMAS L. FLYNN (350180) |
|---|---|---|---|---|
| **Case Name:** | WATROUS, CHRISTOPHER M | | **Bank Name:** | The Bank of New York Mellon |
| | WATROUS, STEPHANIE N | | **Account:** | 9200-******50-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5913 | | **Blanket Bond:** | $20,548,000.00 (per case limit) |
| **Period Ending:** | 05/31/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | 9999-000 | 3,324.77 | | 3,324.77 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 0.13 | | 3,324.90 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 0.39 | | 3,325.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 0.38 | | 3,325.67 |
| 07/16/10 | 11001 | retInternational Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/16/2010 FOR CASE #09-00083-LMJ7 | 2300-000 | | 2.74 | 3,322.93 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 0.39 | | 3,323.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 0.40 | | 3,323.72 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.74 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.76 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.80 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,323.88 |
| | | | **ACCOUNT TOTALS** | | 3,326.62 | 2.74 | **$3,323.88** |
| | | | Less: Bank Transfers | | 3,324.77 | 0.00 | |
| | | | **Subtotal** | | 1.85 | 2.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.85** | **$2.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****50-65** | 3,324.77 | 0.00 | 0.00 |
| **MMA # 9200-******50-65** | 1.85 | 2.74 | 3,323.88 |
| | $3,326.62 | $2.74 | $3,323.88 |

{} Asset reference(s)                                                                 Printed: 05/31/2011 11:54 AM   V.12.56

# Claims Proposed Distribution

### Case:  09-00083-LMJ7   WATROUS, CHRISTOPHER M

**Case Balance:** $3,323.88    **Total Proposed Payment:** $3,323.88    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC | Secured | 20,326.56 | 0.00 | 0.00 | 0.00 | 0.00 | 3,323.88 |
| | **Claim Memo:** Disallow as claim filed as secured.  Claim is secured by its collateral. | | | | | | | |
| 2 | FORD MOTOR CREDIT COMPANY LLC | Secured | 20,128.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,323.88 |
| | **Claim Memo:** Disallow as claim filed as secured.  Claim is secured by its collateral. | | | | | | | |
| | THOMAS L. FLYNN <2200-00  Trustee Expenses> | Admin Ch. 7 | 140.66 | 140.66 | 0.00 | 140.66 | 140.66 | 3,183.22 |
| | THOMAS L. FLYNN <2100-00  Trustee Compensation> | Admin Ch. 7 | 831.66 | 831.66 | 0.00 | 831.66 | 831.66 | 2,351.56 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 1,540.36 | 1,540.36 | 0.00 | 1,540.36 | 122.12 | 2,229.44 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 2,571.71 | 2,571.71 | 0.00 | 2,571.71 | 203.89 | 2,025.55 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 5 | DISCOVER BANK | Unsecured | 3,876.50 | 3,876.50 | 0.00 | 3,876.50 | 307.34 | 1,718.21 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 6 | OOSC | Unsecured | 291.86 | 291.86 | 0.00 | 291.86 | 23.14 | 1,695.07 |
| | **Claim Memo:** unsecured medical services | | | | | | | |
| 7 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 369.32 | 369.32 | 0.00 | 369.32 | 29.28 | 1,665.79 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 1,030.07 | 1,030.07 | 0.00 | 1,030.07 | 81.67 | 1,584.12 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 642.33 | 642.33 | 0.00 | 642.33 | 50.93 | 1,533.19 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 10 | ROUNDUP FUNDING, LLC | Unsecured | 436.87 | 436.87 | 0.00 | 436.87 | 34.64 | 1,498.55 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 11 | CHASE BANK USA NA | Unsecured | 4,706.54 | 4,706.54 | 0.00 | 4,706.54 | 373.14 | 1,125.41 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 12 | CHASE BANK USA, N.A. | Unsecured | 2,015.62 | 2,015.62 | 0.00 | 2,015.62 | 159.80 | 965.61 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 13 | CHASE BANK USA NA | Unsecured | 3,244.67 | 3,244.67 | 0.00 | 3,244.67 | 257.24 | 708.37 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 14 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 493.64 | 493.64 | 0.00 | 493.64 | 39.14 | 669.23 |
| | **Claim Memo:** unsecured credit card | | | | | | | |

## Claims Proposed Distribution

### Case: 09-00083-LMJ7    WATROUS, CHRISTOPHER M

**Case Balance:** $3,323.88    **Total Proposed Payment:** $3,323.88    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 15 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 323.35 | 323.35 | 0.00 | 323.35 | 25.64 | 643.59 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 16 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 257.62 | 257.62 | 0.00 | 257.62 | 20.42 | 623.17 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 17 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 438.70 | 438.70 | 0.00 | 438.70 | 34.78 | 588.39 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 18 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 1,634.32 | 1,634.32 | 0.00 | 1,634.32 | 129.57 | 458.82 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 19 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 296.43 | 296.43 | 0.00 | 296.43 | 23.50 | 435.32 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 20 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 637.05 | 637.05 | 0.00 | 637.05 | 50.51 | 384.81 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 21 | ECAST SETTLEMENT CORP | Unsecured | 826.41 | 826.41 | 0.00 | 826.41 | 65.52 | 319.29 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 22 | ECAST SETTLEMENT CORP | Unsecured | 401.14 | 401.14 | 0.00 | 401.14 | 31.80 | 287.49 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 23 | ECAST SETTLEMENT CORP | Unsecured | 835.69 | 835.69 | 0.00 | 835.69 | 66.26 | 221.23 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 24 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 2,790.46 | 2,790.46 | 0.00 | 2,790.46 | 221.23 | 0.00 |
| | **Claim Memo:** unsecured credit card | | | | | | | |
| 25 | CITICORP TRUST BANK | Unsecured | 5,268.08 | 5,268.08 | 0.00 | 5,268.08 | 0.00 | 0.00 |
| | **Claim Memo:** unsecured credit card | | | | | | | |

## Claims Proposed Distribution

### Case:  09-00083-LMJ7    WATROUS, CHRISTOPHER M

**Case Balance:**  $3,323.88     **Total Proposed Payment:**  $3,323.88     **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 09-00083-LMJ7 :** | | **$76,355.62** | **$35,901.06** | **$0.00** | **$35,901.06** | **$3,323.88** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $972.32 | $972.32 | $0.00 | $972.32 | 100.000000% |
| **Total Secured Claims :** | $40,454.56 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $34,928.74 | $34,928.74 | $0.00 | $2,351.56 | 6.732450% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-00083-LMJ7
Case Name: WATROUS, CHRISTOPHER M
Trustee Name: THOMAS L. FLYNN

**Balance on hand:** $ 3,323.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,323.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS L. FLYNN | 831.66 | 0.00 | 831.66 |
| Trustee, Expenses - THOMAS L. FLYNN | 140.66 | 0.00 | 140.66 |

Total to be paid for chapter 7 administration expenses: $ 972.32
Remaining balance: $ 2,351.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,351.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,351.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $29,660.66 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,540.36 | 0.00 | 122.12 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 2,571.71 | 0.00 | 203.89 |
| 5 | DISCOVER BANK | 3,876.50 | 0.00 | 307.34 |
| 6 | OOSC | 291.86 | 0.00 | 23.14 |
| 7 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 369.32 | 0.00 | 29.28 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 1,030.07 | 0.00 | 81.67 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 642.33 | 0.00 | 50.93 |
| 10 | ROUNDUP FUNDING, LLC | 436.87 | 0.00 | 34.64 |
| 11 | CHASE BANK USA NA | 4,706.54 | 0.00 | 373.14 |
| 12 | CHASE BANK USA, N.A. | 2,015.62 | 0.00 | 159.80 |
| 13 | CHASE BANK USA NA | 3,244.67 | 0.00 | 257.24 |
| 14 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 493.64 | 0.00 | 39.14 |
| 15 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 323.35 | 0.00 | 25.64 |
| 16 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 257.62 | 0.00 | 20.42 |
| 17 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 438.70 | 0.00 | 34.78 |
| 18 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 1,634.32 | 0.00 | 129.57 |
| 19 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 296.43 | 0.00 | 23.50 |
| 20 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 637.05 | 0.00 | 50.51 |
| 21 | ECAST SETTLEMENT CORP | 826.41 | 0.00 | 65.52 |
| 22 | ECAST SETTLEMENT CORP | 401.14 | 0.00 | 31.80 |
| 23 | ECAST SETTLEMENT CORP | 835.69 | 0.00 | 66.26 |

**UST Form 101-7-TFR (10/1/2010)**

| 24 | AMERICAN INFOSOURCE LP AS AGENT FOR | 290.46 | 0.00 | 221.23 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,351.56 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,268.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | CITICORP TRUST BANK | 5,268.08 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**